**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: March 09, 2018

Ms. Amy Jerrine Mischler
1120 Palm Court
Okeechobee, FL 34974

Re: Case No. 18-5249, *Amy Mischler v. Matt Bevin, et al*
Originating Case No. : 3:17-cv-00066

Dear Ms. Mischler and Counsel:

This appeal has been docketed as case number **18-5249** with the caption that is enclosed on a separate page. Please review the caption for accuracy and notify the Clerk's Office if any corrections should be made. The appellate case number and caption must appear on all filings submitted to the Court.

As the appellant, when you submit motions, briefs or any other documents to the Clerk's Office, send only **1** original, which you have signed. Copies are no longer necessary. **Do not staple, paper clip, tab or bind pro se motions or briefs sent to the Clerk's Office -- these documents are scanned and staples etc. create paper jams**. You must mail opposing counsel a copy of every document you send to the Clerk's Office for filing.

Opposing counsel will docket pleadings as an ECF filer. Check the ECF page on the court's web site www.ca6.uscourts.gov for additional information about ECF filing if you are not familiar with it. The following forms are due by **March 23, 2018**.

Appellee: Appearance of Counsel
Disclosure of Corporate Affiliation
Application for Admission to 6th Circuit Bar (if applicable)

If you do not have pauper status, you have until **April 9, 2018** to either pay the full $505.00 appeal filing fee to the U.S. District Court, or to file a motion in that court for leave to proceed on appeal in forma pauperis along with a financial affidavit. **Failure to do one or the other will result in the dismissal of the appeal without further notice**.

The Clerk's Office cannot give you legal advice but if you have questions about the forms, please contact the office for assistance.

Sincerely yours,

s/Karen S. Fultz
Case Manager
Direct Dial No. 513-564-7036

cc:  Mr. Shandeep Jonathan Dutta
    Mr. Douglass C. Farnsley
    Mr. Marc Griffin Farris
    Mr. Andrew Douglas Pellino
    Mr. James P. Pruitt
    Ms. Selena Woody Stevens
    Ms. Catherine E. York

Enclosure

**OFFICIAL COURT OF APPEALS CAPTION FOR 18-5249**

AMY JERRINE MISCHLER

       Plaintiff - Appellant

v.

MATT BEVIN, in his official capacity as Governor of Kentucky; ANDY BESHEAR, in his official capacity as Attorney General; STITES & HARBISON, PLLC; HOWARD KEITH HALL; JULIE PAXTON; JOSEPH LAMBERT; TIMOTHY FEELEY; JOHN DAVID PRESTON; JANIE WELLS; LEWIS D. NICHOLLS; SUSAN HOWARD; DEBRA WILCOX-LEMASTER; KATHY LARDER; DEBORAH WEBB; SHEREENA HAMILTON-SPURLOCKE; LATOYA JONES; WILMA TAYLOR; MIKE HARTLAGE; GWEN HATFIELD; JEFFREY PRATHER; CRAIG NEWBORN; MONA WOMACK; DEBBIE DILE; ZACK OUSLEY; EMILY GRAY-JONES; DR. SALLY BRENZEL; SELENA WOODY STEVENS

       Defendants - Appellees