RECEIVED

APR 19 2018

DEBORAH S. HUNT, Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT
CASE 18-5249

TENDERED
FOR FILING

APR 19 2018

DEBORAH S. HUNT, Clerk
(FILED)

APR 23 2018

DEBORAH S. HUNT, Clerk

AMY JERRINE MISCHLER,

Appellant, Plaintiff,

v.

MATT BEVIN, ANDY BESHEAR, STITES & HARBISON PLLC, HOWARD
KEITH HALL, JULIE PAXTON, JOSEPH LAMBERT, TIMOTHY FEELY,
JOHN DAVID PRESTON, JANIE WELLS, LEWIS D. NICHOLLS, SUSAN
HOWARD, DEBRA WILCOX-LEMASTER, KATHY LARDER, DEBORAH
WEBB, SHEREENA HAMILTON-SPURLOCKE, LATOYA JONES, WILMA
TAYLOR, MIKE HARTLAGE, GWEN HATFIELD, JEFFREY PRATHER,
CRAIGE NEWBORN, MONA WOMACK, DEBBIE DILE, ZACK OUSLEY,
EMILY GRAY-JONES, DR. SALLY BRENZEL, SELENA WOODY STEVENS,

Appellees, Defendants.

---

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY

---

PETITION FOR REHEARING EN BANC,
OR IN THE ALTERNATIVE A REHEARING

---

AMY JERRINE MISCHLER, PRO SE
1120 Palm Court
Okeechobee, Florida 34974
863-763-6213
ajmischler@yahoo.com

## TABLE OF CONTENTS

PAGE

TABLE OF AUTHORITIES ......... iii

WORD CERTIFICATION ......... iii

INTRODUCTION ......... 1

BACKGROUND ......... 2

I. FALSE FACTUAL FINDING BY THE SIXTH CIRCUIT
COURT OF APPEALS ......... 2

II. SIXTH CIRCUIT INTERNET RESEARCH ON
AMY JERRINE MISCHLER ......... 3

III. JUDGE GREG VAN TATENHOVES UNDISCLOSED
CONFLICT OF INTEREST AND THE MULTIPLE CASES
IT AFFECTS ......... 6

    A. Judicial Notice of Recent Case ......... 6

    B. Judicial Notice of Past Case ......... 7

    C. Judicial Undisclosed Conflict of Interest ......... 7

    D. Multiple cases affected by undisclosed conflict of interest
       by Judge Van Tatenhove with presiding over Governor
       Matt Bevin cases ......... 9

    E.   Actual harm/bias displayed by Judge Van Tatenhove
    in the Appellants   case 17-cv-66 [EDKY] ......... 10

        Harm 1 ......... 11
        Harm 2 ......... 12
        Harm 3 ......... 12
        Harm 4 ......... 12
        Harm 5 ......... 12
        Harm 6 ......... 12

IV. REFUSAL BY THE EASTERN DISTRICT OF KENTUCKY
FEDERAL COURTS TO ADDRESS ITS OWN MISCONDUCT          13

V. ARGUMENT                                          13

    A. THE PANEL SHOULD HAVE GIVEN
    OPPORTUNITY TO APPELLANT TO BE HEARD
    IN ORDER TO SHOW HARM                            13

    B. 14TH AMENDMENT OF THE U.S.
    CONSTITUTION REQUIRES JUDICIAL OFFICERS
    TO STATE IN THE RECORD EACH TIME THEY
    GO OUTSIDE THE RECORD IN RESEARCH ON A CASE
    INCLUDING INTERNET RESEARCH                      14

    C. 14TH AMENDMENT REQUIRES A NEUTRAL
    JUDGE WITH FAIR HEARINGS                         15

    D. THERE IS NO LONGER SUFFICENT TIME IN
    WHICH TO FINISH THIS PLEADING BY A
    PRO SE LITIGANT BURDENED WITH FALSE
    FACTUAL FINDINGS AT THE DISTRICT LEVEL           16

CONCLUSION                                           17

CERTIFICATE OF SERVICE                               17

## TABLE OF AUTHORITIES

CASES                                                                PAGE

Goldberg v. Kelly, 397 U.S. 254 (1970)                                14
Grannis v Ordean, 234 U.S. 385, 234 U.S. 394 (1914)                   14
Morrissey v. Brewer, 408 U.S. 471 (1972)                              14
United States v. Lowe, 106 F.3d 1498, 1504 (6th Cir. 1997)            15

STATUTES

14th Amendment U.S. Constitution [DUE PROCESS]                        14, 15

## WORD CERTIFICATION

I certify that there are 3844 words in the body of this petition.

*[signature]* April 14, 2018

## INTRODUCTION

The Appellant hereby petitions for rehearing en banc and/or rehearing of the April 4, 2018, panel decision in Mischler v. Bevin, to address egregious judicial misconduct, false factual finding, and other matters. En banc consideration is appropriate for a number of reasons.

First, a District Court judge whose paramour is employed by Governor Matt Bevin, dismissed claims served on Gov. Bevin WITHOUT REQUIRING Gov. Bevin to file an answer, a motion to dismiss, or even a motion for extension of time. In light of recent Federal judges pleading guilty to bribery in Kentucky in the Eric C. Conn case; it is a matter of exceptional importance for the Sixth Circuit Court of Appeals to address this issue En Banc due to the egregious nature that it appears Governor Bevin is bribing an ART III. Federal Judge in the Eastern District of Kentucky through the employ of the judges paramour.

Second, this conflict of interest between Judge Van Tatenhove and Governor Matt Bevin is at issue in multiple high profile cases in Kentucky. Thus, it is matter of exceptional importance for this to be addressed En Banc.

Third, the Sixth Circuit Court of Appeals through its employees have been involved in multiple internet researches of the Appellant that have never been disclosed. There is currently a split among the United States Supreme Court Justices over whether such actions are appropriate. It is exceptional importance for

the Sixth Circuit Court of Appeals to be in agreement on how they address this matter as it is likely to be taken up at the United States Supreme Court due to this split.

Fourth, Judge Van Tatenhove, who has illegally dismissed the case against his paramours employer Gov. Bevin has also issued SANCTIONS against the Appellant that is not allowed to file anything in the Eastern District of Kentucky without his permission. It is exceptional importance that the Sixth Circuit Court of Appeals address that these sanctions are unconstitutional En Banc so that District Courts know that it will not be tolerated in this Circuit.

## BACKGROUND

1. This case is about the breakdown in ethics of judges, attorneys, and elected officials that took place at the Federal, State, and Administrative level in the Commonwealth of Kentucky. All actions are to "game" the legal system regardless to justice and the Rule of Law.

2. For ease of the panel the actions will be listed in reverse order.

## I. FALSE FACTUAL FINDING BY THE SIXTH CIRCUIT COURT OF APPEALS

3. On April 4, 2018, Circuit Judges Guy, Daughtrey and Sutton made a false factual finding that "*the District Court has not entered a final appealable order terminating all of the issues presented in the litigation*".[1]

4. Prior, on March 26, 2018 a final and appealable order terminating all the issues in the litigation had been filed by Judge Greg Van Tatenhove. The conflict of interest that Judge Tatenhove will be discussed later in detail.[2]

5. The Pro Se Appellant is harmed because now she should attack the Sixth Circuit Court of Appeals false findings in addition the mess of the case created by conflicted Judge Van Tatenhove.

## II. SIXTH CIRCUIT INTERNET RESEARCH ON AMY JERRINE MISCHLER

6. The District Court case is about KY social workers defaming Ms. Mischler leading judges, DOJ, and anybody who can access these records to be under the false belief that Ms. Mischler is a child abuser.[3] Thus, the issue where Sixth Circuit Court Judges could be accessing this false defamatory information about Ms. Mischler on the internet is very much at issue.

7. There is a split among the United States Supreme Court Justices whether judicial officers should be going outside the court record in ruling on cases. Justice

---

[1] See DE 14-2, page 2, second full paragraph, second full sentence.
[2] Judge Van Tatenhove dismissed the case against Gov. Matt Bevin although Gov. Bevin never filed an answer, a motion to dismiss, or a motion for extension of time in the proceedings. Judge Van Tatenhove's paramour, attorney Christy Trout is a non merit employee of Governor Matt Bevin. The conflict of interest was never disclosed.
[3] It has been recently confirmed that the Federal Department of Justice, along with many other law enforcement entities can now access state child abuse records through NDEX. These records are supposed to be confidential but are not in fact.

Anthony Kennedy stated *"Well, in this case I didn't go beyond the record to look on the internet because I don't think we should do that"* in response to Justice Sotomayor stating she did. See Exhibit 1.

8. Exhibit 2 shows an employee at the Sixth Circuit Court of Appeals doing research on the Ms. Mischler's blog "Pike County Injustice Files" in relation to this litigation.[4] This employee downloaded Ms. Mischler's picture with her children, along three documents. None of these documents are directly related to the litigation at hand.

9. An internet search was done on the same day that the Appeal was filed on March 9, 2018. Two days after appeal was dismissed on April 6, 2018. The last known visit was on April 11, 2018.

10. Exhibit 3 shows EDKY Chief Judge Karen Caldwell internet researching Amy Mischler by Judge Karen Caldwell initiating on her electronic device to follow Amy Mischler's twitter account. This incident took place on April 4, 2018.

11. Defendant Governor Matt Bevin's Chief of Staff is Blake Brickman. Brickman and Judge Caldwell follow each other. Brickman is only one of 18 followers that Judge Caldwell has.[5]

---

[4] There is no reason to believe that an employee of the Southern District of Ohio Court system would be doing an internet search about Amy Mischler.

[5] See Exhibit 4.

12. Judge Van Tatenhove recused on April 6th, 2018 and gave a factual finding that Ms. Mischler was engaging in *"an escalating campaign of unsubstantiated personal allegations"*.[6] No details were given by Judge Van Tatenhove what these unsubstantiated personal allegations were.[7]

13. HOWEVER, Judge Van Tatenhove did not change the standing order that Ms. Mischler was prohibited from exercising free speech to file documents in the Eastern District of Kentucky without his permission.

14. Chief Judge Karen K. Caldwell is now assigned to 17-cv-66 [EDKY] which is the same Karen Caldwell who has, at least some form of relationship with Blake Brickman, the Chief of Staff for Appellee Governor Matt Bevin as evidenced by her twitter account. A twitter account which Amy Mischler would have never known existed, except by Chief Judge Caldwell choosing to follow Amy Mischler by her own free will which caused a notification to Mischler's twitter account.

15. Internet research by Federal Judges is common. Exhibit 5 shows U.S Brooklyn District Court coming to research Ms. Mischler's blog on December 21,

---

[6] These allegations will be addressed in detail and with exhibits later in this petition.
[7] See Document 61, 17-cv-66, Page ID # 717, EDKY.

2013.[8]  Exhibit 6 shows U.S. Royal Oak of Michigan, coming research Ms. Mischler's blog on July 9, 2013, July 11, 2013 and September 24, 2013.[9]

16.  Exhibit 7 shows the U.S. District Court in Lexington literally "googling" "Amy Mischler" on June 20, 2013, with additional visits on July 5, 2013, August 8, 2013, December 10, 2013 and January 10, 2014.

17.  The important issue with Exhibit 7 is that it shows two separate blogs that the U.S. Court was also at when it transferred to "Pike County Injustice Files". Both blogs, "Truth is Crucial" and "The Backwood Diva" are ANONYMOUS blogs. "Truth is Crucial" is defamatory towards Ms. Mischler.[10]  This shows that the U.S. District Court was using multiple online sources to research Amy Mischler which in theory, could include NDEX or something like NDEX where the Federal Courts could see the untrue and defamatory records that KY Cabinet for Health and Family Services keeps that states that Amy Mischler is a substantiated child abuser.

18.  Exhibit 8 shows that the U.S. Court of Cincinnati Ohio is in the normal course of business of researching litigants.  THERE HAS BEEN ZERO DUE PROCESS NOTICE to Ms. Mischler that the Federal Courts were going outside

---

[8] The year is documented in the metadata in which Ms. Mischler took a digital picture and saved the copy.

[9] The recent searches on StatCounter do not show the year.  So when a screen shot was taken within a year the year does not show.  The screen shot of the logs past a year will show the year also.

[10] Ms. Mischler is confident that the blog "Truth is Crucial" was created by her ex husband, attorney Jonah Lee Stevens.

the record to research Ms. Mischler to determine if she was credible or entitled to relief.

## III. JUDGE GREG VAN TATENHOVES UNDISCLOSED CONFLICT OF INTEREST AND THE MULTIPLE CASES IT AFFECTS

### A. Judicial Notice of Recent Case

19.   Two Federal Administrative Law judges admitted to misconduct including taking bribes from Kentucky Attorney Eric C. Conn. There is recent precedent in KY of Federal Judges taking bribes to influence litigation.

### B. Judicial Notice of Past Case

20.   Kentucky State Judge Cletus Maricle pleaded guilty to lesser charges after being convicted of Racketeering through his judicial position in Clay County. As quoted from Exhibit 9, Judge Maricle and others were *"charged with conspiring to use the county election board as a tool to corrupt elections in 2002, 2004, and 2006 so they could hold on to power and enrich themselves and __associates through jobs and contracts__"*.   See case 09-cr-16 [EDKY], where the same Chief Judge Karen Caldwell presided over the resentencing.

21.   In impoverished KY, a bribe is more likely to take the form of a job or contract rather than cash money.

### C. Judicial Undisclosed Conflict of Interest

22. At an unknown date, Judge Greg Van Tatenhove began a romantic relationship his law clerk, Eva Christine Trout.

23. At an unknown date, Judge Van Tatenhove and Ms. Trout, an attorney began to live in the same household. On July 15, 2017 Ms. Trout advertised the home she and Greg Van Tatenhove owned together for sale on Facebook. See Exhibit 10 and 11.[11] Trout states "Lacy – we bought another house". There are many pictures of Trout and Judge Van Tatenhove together, clearly a couple in Exhibit 10 and 11.[12]

24. December 30, 2015: Trout was hired by Appellee Defendant Matt Bevin as Chief of Staff to the Secretary of the Personnel Cabinet. See Exhibit 12.

25. August 29, 2016: Trout then received a transfer by Appellee Defendant Matt Bevin to be the special assistant in the Department of Alcoholic Beverage Control. Exhibit 13

26, September 21, 2016: Trout was promoted by Appellee Defendant Matt Bevin as the first female Commissioner to the Department of Alcoholic Beverage Control. Exhibit 14

27. April 24, 2017: Chief Judge Karen Caldwell issued 17-1 case assignment and recusal order. Chief Judge Caldwell assigned Judge Van

---

[11] Address is redacted.
[12] Trout Facebook page can be easily found.

Tatenhove to receive all civil and criminal cases in the Frankfort Division. Exhibit 15

28. Where almost all Federal civil cases involving Appellee Governor Matt Bevin are filed in the Frankfort division; thus, Judge Van Tatenhove was assured of controlling all federal litigation involving the employer of his paramour to assure she kept her job and received promotions.

29. Upon information and belief; Trout does not actually show up to her employment on a daily basis as the ABC Commissioner, is allowed to take frequent trips receiving reimbursement vouchers from KY for flights and hotels with KY paying for hotel rooms that house both Trout and Judge Van Tatenhove. Further, Trout can keep her outside attorney practice by KY in return for her paramour Judge Van Tatenhove ruling in favor of Appellee Governor Matt Bevin in multiple litigations filed in the Frankfort division of the Eastern District of Kentucky. This is a bribe through employment which takes place in KY.[13]

D. Multiple cases affected by undisclosed conflict of interest by Judge Van Tatenhove with presiding over Governor Matt Bevin cases

| Case # | Decision |
|---|---|
| 3:15-cv-13 | Finalized 5/10/16 by agreed order.[14] Filed before Bevin was in office. |

---

[13] This is from a third party. Open records or an order to Gov. Bevin to produce these records would be ordered.

[14] Originally the case was filed against Governor Steve Beshear. Gov. Bevin was outspoken in favor of the plaintiff Ark Park during the campaign. Bevin also hired the Plaintiff's Ark Park law firm later to investigate former Governor Beshear's administration.

| 3:17-cv-1 | Finalized 9/29/17  Dismissed in favor of |
| Defendant | |
| | Bevin is a Defendant |
| 3:17-cv-56 | Finalized 2/16/18 Dismissed with prejudice against all parties. |
| 3:17-cv-60 | 3/30/18 ruling in favor of Gov. Bevin; Not Finalized. |
| 3:17-cv-65 | Finalized 2/16/2018 in favor of Gov. Bevin |
| 3:17-cv-66 | Finalized 3/28/18 Dismissed with prejudice against all parties. |
| 3:18-cv-8 | Gov. Bevin is Plaintiff.[15] |

30.  Not counting the first case filed before Governor Matt Bevin was in office;  Governor Matt Bevin has a 100% win rate with Judge Greg Van Tatenhove presiding.[16]  Judge Van Tatenhove has not disclosed to litigants that his law clerk turned paramour, Christine Trout is employed by Governor Matt Bevin.

E.    Actual harm/bias displayed by Judge Van Tatenhove in the Appellants case 17-cv-66 [EDKY]

1. Time line is best to understand how the worse of the harm the conflict of interest has caused Ms. Mischler

10/24/17      Matt Bevin served lawsuit.  Docket Entry 12

11/14/17      Matt Bevin Answer Due  Docket Entry 12

NO ANSWER FILED BY MATT BEVIN.

**The Appellant is entitled to default judgment against Matt Bevin.**

---

[15] This is the Medicaid wavier case where Gov. Bevin sued the Plaintiffs in the D.C. District Case to remove the case from D.C. to Frankfort where Gov. Bevin knew that he would have Judge Van Tatenhove assigned per local rules.
[16] See Exhibit 16 where Ms. Mischler researched all these alias for Matt Bevin on PACER.

| | |
|---|---|
| 11/28/17 | Matt Bevin attorney files joint Rule 11 Motion against Ms. Mischler. Docket Entry 30 |
| 1/4/17 | Judge Van Tatenhove grants Matt Bevin's attorney 45 additional days to file a response for Emily Gray Jones, Shereena Hamilton Spurlock, Zack Ousley, and Deborah Webb. Docket Entry 45. |
| 1/16/17 | Amy Mischler files notice of due process violation by Judge Van Tatenhove. Docket Entry 51 |
| 1/16/17 | Amy Mischler files recusal against Judge Van Tatenhove. She only knew that Judge Van Tatnehoves son, Cooper Van Tatenhove held himself out as employed by Matt Bevin. She did not know until later after being told by reporter Joe Sonka that Christine Trout was employed by Matt Bevin and the paramour of Judge Greg Van Tatenhove. Docket Entry 50 |
| 2/18/17- | Despite extra days for MLK holiday; Defendants do not file answer. |
| 2/20/17 | **The Appellant is entitled to default judgment against Emily Gray Jones, Shereena Hamilton Spurlock, Zack Ousley, and Deborah Webb.** |
| 2/23/17 | Matt Bevin's attorney files out of time motion to dismiss for Emily Gray Jones, Shereena Hamilton Spurlock, Zack Ousley and Deborah Webb and a motion for sanctions. Docket Entry 52. |
| 2/26/18 | Jim Pruitt files entry of appearance but never a response or a motion to dismiss for Defendant Howard Keith Hall. Docket Entry 54 |
| 3/28/17 | Judge Van Tatenhove dismisses Ms. Mischler's claims against Matt Bevin and other defendants with prejudice ordering "Ms. Mischler ORDERED to seek permission from this Court before filing any future litigation, demonstrating the claims) she intends to assert are not frivolous and that the suit is not brought for an improper purpose". "Ms. Mischler is WARNED |

that future frivolous litigation will result in monetary sanctions".

Judge Van Tatenhove dismisses Ms. Mischler's claim against Howard Keith Hall without Hall ever filing a response or a motion to dismiss.

Harm 1:   Appellee Governor Bevin was showed unlawful preferential treatment by Judge Van Tatenhove dismissing claims against Bevin without Bevin ever having to file an answer motion to dismiss, or even a motion for extension of time.  See Docket Entry 12 17-cv-66[EDKY] for the date that Bevin failed to file a response by.  Bevin is in fact in default judgment without a factual finding; *Judge Van Tatenhove dismissed so Bevin wouldn't be held accountable for the default*.

Harm 2:   Appellee Governor Bevin was showed unlawful preferential treatment by Judge Van Tatenhove allowing Bevin's attorney to file an untimely motion to dismiss, without an additional extension of time for Emily Gray-Jones, Shereena Hamilton Spurlock, Zack Ousley, and Deborah Webb  See Docket Entries 35, 47, and 52, 17-cv-66 [EDKY].

Harm 3:   Judge Van Tatenhove intentionally applied the wrong law as outlined in Document 33 in 17-cv-66 [EDKY] and then refused to address it.  See Document 46.

Harm 4:  Judge Van Tatenhove created false factual findings that all the social workers were employed by the Board of Social work.  This is irrelevant, but

designed to make Ms. Mischler look less credible. Judge Van Tatenhove refused to address it. See Documents 33 and 46 in 17-cv-66 [EDKY].

Harm 5: Judge Van Tatenhove dismissed defendant Howard Keith Hall without ever requiring Hall to file a response or a motion to be dismissed after Hall was served.

Harm 6: The Appellant has unconstitutional sanctions against preventing her from filing anything in any case in the Eastern District of Kentucky without permission from the court.

## IV. REFUSAL BY THE EASTERN DISTRICT OF KENTUCKY COURTS TO ADDRESS ITS OWN MISCONDUCT

32. To avoid embarrassing the Courts of the Sixth Circuit Court of Appeals and the Eastern District of Kentucky, and further protect the public trust in the integrity of these two courts; the Appellant took a last ditch effort to attempt to get the Eastern District of Kentucky to clean up this legal mess it created.

33. Chief Judge Karen Caldwell declined to protect the reputation of the Sixth Circuit Court of Appeals and the Eastern District of Kentucky by handling this matter privately. See the written request by the Appellant in Exhibit 17 and Chief Judge Caldwell's response in on Pacer.

## V. ARGUMENT

## A. THE PANEL SHOULD HAVE GIVEN OPPORTUNITY TO APPELLANT TO BE HEARD IN ORDER TO SHOW HARM

The Panel declined to hear the appeal as a mandamus because the Appellant did not show harm according to their order. The Appellant was never given the opportunity to show the unlawful actions of Judge Van Tatenhove. The Panel should have issued an order requiring the Appellant to show harm before dismissing the case.

With greatest respect, and these facts that show unusual interest in the Appellant by the Sixth Circuit Court of Appeals; any reasonable person would wonder if the integrity of the Panel has been compromised by Appellee Gov. Bevin offering one of their family members or paramour employment with Kentucky because it makes no sense to require a showing of harm where the Appellant had never been given the opportunity to do so.

The 14th Amendment requires the opportunity to be heard. <u>Goldberg v. Kelly</u>, 397 U.S. 254 (1970) quoting <u>Grannis v Ordean</u>, 234 U.S. 385, 234 U.S. 394 (1914) *"The fundamental requisite of due process of law is the opportunity to be heard."* The Panel never gave the Appellant the opportunity be heard to show the harm.

## B. 14TH AMENDMENT OF THE U.S. CONSTITUTION REQUIRES JUDICIAL OFFICERS TO STATE IN THE RECORD EACH TIME THEY GO OUTSIDE THE RECORD IN RESEARCH ON A CASE INCLUDING INTERNET RESEARCH.

The Framers of the United States Constitution did not write the Constitution with the internet in mind. They did however, envision that no information would be given to a judicial officer without the opportunity for the parties in litigation to cross examine that evidence/information.

"[m]inimum due process requirements . . . . . (b) disclosure to the [litigant] of evidence against him; . . . . . (d) the right to confront and cross-examine adverse witnesses". <u>Morrissey v. Brewer</u>, 408 U.S. 471 (1972).

Where was the Appellant given the opportunity to refute information on internet websites that the Sixth Circuit and the Eastern District of Kentucky obtained that was derogatory towards the Appellant? She wasn't. And as a reminder, the blog anonymous blog "Truth is Crucial" was visited by the Courts and is defamatory and untrue towards the Appellant. She would have never known that the Federal Court system is regularly using the internet social media websites had she not had a blog because the Courts are not disclosing this to litigants.

An internet research on a person and case is no different than a verbal ex parte communication between a judge and a witness to determine facts.

C. 14TH AMENDMENT REQUIRES A NEUTRAL JUDGE WITH FAIR HEARINGS.

The order dismissing this action insinuates that Ms. Mischler can only get relief from Judge Van Tatenhove if she can show his conflict of interest actually harmed her. This is not the standard.

The standard cited even by Judge Van Tatenhove himself is that "To state a due process claim that a judge was biased, [a litigant] must show either that actual bias existed, or that an appearance of bias created a conclusive presumption of actual bias". United States v. Lowe, 106 F.3d 1498, 1504 (6th Cir. 1997).

If Judge Van Tatenhove truly believes there is no reason to automatically recuse from all cases where Gov. Bevin is a party; then Judge Van Tatenhove is no longer fit to be a Federal District Judge. No reasonable person could state that there is no appearance of bias where a District Judge rules 100% of the time in favor of the employer of the Judges paramour.

EVERY ORDER ISSUED BY Judge Van Tatenhove is tainted in the Appellants case. Further, Appellee Matt Bevin and most of the other defendants knew or should have known about Judge Van Tatenhoves conflict of interest but never addressed it.

### D. THERE IS NO LONGER SUFFICENT TIME IN WHICH TO FINISH THIS PLEADING BY A PRO SE LITIGANT BURDENED WITH FALSE FACTUAL FINDINGS AT THE DISTRICT LEVEL

Having NO FAITH in the integrity of the Federal Court system; the Appellant believes that whatever Sixth Circuit employee doing research on her will find an excuse to deny her redress if she is one second late getting this pleading in through from Florida to Ohio.

If time would have allowed, the Appellant would have attached Debbie Dile report 1, Debbie Dile report 2, Emily Gray Jones document, and multiple other KY internal documents that contradict each other that taken together state that Ms. Mischler was put on the substantiated child abuser list at least five different times, all without due process notice by certified mail as required by KY rules.

The importance of these documents would have shown that the attorney of Matt Bevin, misrepresented the truth to the District Court and did so knowing he would not be held accountable by Judge Van Tatenhove because the attorney knew that Judge Van Tatenhove would "fix" the case for Gov. Bevin, the employer of Judge Van Tatenhoves law clerk turned paramour.

CONCLUSION

For the reasons stated above, the Appellant respectfully pleads for an En Banc hearing so the Sixth Circuit can be united in restoring integrity and public trust in both the Sixth Circuit and the Eastern District of Kentucky Courts.

Respectfully submitted,

Amy Mischler, Pro Se
1120 Palm Court
Okeechobee, Florida 34974
863-763-6213
ajmischler@yahoo.com

CERTIFICATE OF SERVICE

I CERTIFY THAT 25 COPIES WERE SENT TO THE CLERK OF COURT WITH COPIES SENT TO THE APPELLEES. OFFICE OF ATTORNEY GENERAL, STITES & HARIBSON, AND CABINET FOR HEALTH AND FAMILY SERVICES HAS ONLY RECEIVED ONE COPY DESPITE MULTIPLE ATTORNEYS LISTED. THESE DOCUMENTS WERE SENT THROUGH UPS ON APRIL 14, 2018. THE POST OFFICE IS ONLY OPEN TWO HOURS TODAY MAKING IT IMPOSSIBLE TO SEND THROUGH THE UNITED STATES POSTAL SERVICE.

# EXHIBIT 1

TOPICS

SUBSCRIBE
4 weeks for only 99¢

LOG IN

TRIAL OFFER | 4 weeks for 99¢

**An ambitious California bill would put the state in charge of controlling prices in the...**



**Zuma satellite plunged after SpaceX launch because of Northrop Grumman errors,...**



**Disliked, unloved, what Patrick Reed wir without much su** ›

ADVERTISEMENT

# SUPREME COURT NOTEBOOK: Sotomayor rapped for surfing the web

By **BY MARK SHERMAN AND JESSICA GRESKO**
ASSOCIATED PRESS | MAR 22, 2018 |

  

Justice Sonia Sotomayor was only following the lead of her chief during Tuesday's arguments over crisis pregnancy centers when she said she visited the website of one of the centers involved in the Supreme Court case.

When Chief Justice John Roberts did something similar seven years ago, no one uttered a peep. But after Sotomayor's comment, Justice Anthony Kennedy piped up.

"Well, in this case I didn't go beyond the record to look on the internet because I don't think we should do that," Kennedy said.

Going beyond the record, in legal terms, refers to material that is not part of the court record and so untested by the adversarial process.

But sticking to the record in Supreme Court cases can sometimes be more of a notion than a hard-and-fast rule.

In a case on campaign contribution limits in 2011, Roberts said he consulted the

website of one of the parties to the case that morning and asked a question about what he saw. During arguments in 2016 over a Texas law that restricted abortion clinics, Justice Samuel Alito made use of an article from the Huffington Post. Justice Stephen Breyer will sometimes begin a question by saying he had his clerks look something up.

And even Supreme Court opinions sometimes go outside the record. In a 2012 opinion in an immigration dispute between Arizona and the Obama administration, Justice Antonin Scalia wrote about comments President Barack Obama made at a news conference discussing the just-unveiled plan to protect young immigrants from deportation.

In 2007, Kennedy himself cited anecdotal evidence in a supporting brief from 181 women who said they were injured by abortion in his opinion for the court upholding a federal ban on a procedure called partial-birth abortion by its opponents. "While we find no reliable data to measure the phenomenon, it seems unexceptionable to conclude some women come to regret their choice to abort the infant life they once created and sustained. Severe depression and loss of esteem can follow," Kennedy wrote, referencing the women's brief.

In her dissent, Justice Ruth Bader Ginsburg criticized Kennedy for reaching a result that was not supported by the extensive record developed in the lower courts. She said the court was invoking "an antiabortion shibboleth for which it concededly has no reliable evidence: Women who have abortions come to regret their choices, and consequently suffer from "(s)evere depression and loss of esteem."

———

The justices can deal with an execution and a case related to abortion in the same day, as happened this week. But neither qualifies as the court's hardest topic, Breyer said.

"Family law is the most difficult subject I think there is. It's horrible, human, terrible," he said during arguments Monday in a divorce case. "It's really difficult."

The justices were discussing the breakup of Minnesota residents Mark Sveen and Kaye Melin. When the two ended their 10-year marriage in 2007, a 16-page document spelled out how they'd divide up their assets. He got their Ford F350 truck

and a 1997 Nissan pickup truck, for example. She got a 2004 Pontiac Grand Am, a snowmobile and an ATV.

But it's not clear what Sveen thought about one important question: Should Melin remain the beneficiary of his life insurance policy, now worth more than $180,000? The state of Minnesota thought it answered the question for the exes. A 2002 state law says that when a couple divorces, the ex-spouse is automatically removed as the life insurance beneficiary. About 30 states have similar statutes.

Sveen died in 2011 and never changed the primary beneficiary on his policy. Sveen's children from a previous marriage say Minnesota's law makes the money theirs. Melin says it's hers. The law can't apply to the policy because it was purchased before the law was written, she says.

The justices seemed inclined to side with Sveen's children.

———

Wednesday's Supreme Court arguments pulled back the curtain on another aspect of high court cases not often discussed in public: How the Justice Department decides which side to back.

The Solicitor General's office, which handles Supreme Court cases, basically auditions both sides, listening to and questioning their arguments before deciding whether to intervene and how.

The topic Wednesday was tribal sovereignty in the context of a property dispute between an Indian tribe and a couple in Skagit County, Washington, about 100 miles north of Seattle.

Justice Elena Kagan credited the lawyer for the couple with presenting a new and perhaps stronger rationale for why his client should win.

Roberts was willing to acknowledge the legal prowess of the couple's lawyer, Eric Miller. But Roberts, once the deputy solicitor general, said proper credit goes to the Justice Department, which first raised the argument Miller was making.

Miller sensibly agreed with Roberts, but Kagan didn't. She served as solicitor general

before joining the court.

"Did that happen because you had a conversation with the solicitor general in which the solicitor general knew which sort of arguments you were going to make?" she asked amid laughter in the courtroom.

Apparently not one to contradict a justice, Miller again agreed: "We had a conversation with the solicitor general."

As it turned out, the Justice Department is backing the tribe.

Copyright 2018 The Associated Press. All rights reserved. This material may not be published, broadcast, rewritten or redistributed.

## Today's Headlines Newsletter
Delivered weekdays

A digest of essential news, insight and analysis from L.A. Times editors.

| ENTER YOUR EMAIL ADDRESS | > |

ADVERTISEMENT

BE THE FIRST TO COMMENT

# EXHIBIT 2

# Pike County Injustice
## Visitor Paths

### Active Filters

🖥 **Cincinnati, Ohio, United States, Us Courts   199.107.16.125**
**(0 returning visits)**
**Win7, Chrome 65.0, 1280x1024**

| | | |
|---|---|---|
| | | https://www.google.com/ (Keywords Unavailable) |
| 9 Mar | 12:34:*07* PM | Pike County Injustice Files |
| | | https://www.google.com/ (Keywords Unavailable) |
| 9 Mar | 12:34:*23* PM | Pike County Injustice Files |
| 9 Mar | 12:34:*38* PM | https://3.bp.blogspot.com/-cYPn_iDd-lY/WAq7Jkv1yWI/AAAAAAAAAko/3ljI-FkH50ArHqqmmoEHjfUa6 iXwPiRVwCPcBGAYYCw/s1600/Zack+%26+Mom.jpg (Download) |
| | | https://www.google.com/ (Keywords Unavailable) |
| 6 Apr | 02:43:*39* PM | Pike County Injustice Files |
| 6 Apr | 02:54:*56* PM | 3.bp.blogspot.com/-oqnaoOZs_aU/UZp6MmWkF8I/AAAAAAAAAh0/mA_KTg9XuRs/s1600/Zack+lawsu it+first+page.jpg (Download) |
| 6 Apr | 02:57:*14* PM | 4.bp.blogspot.com/-5yR9KtBkOvo/UV7T2V0npnI/AAAAAAAAAgE/BIEm1zqXips/s1600/ethical+vi olation+that+doesn%27t+require+investigation.jpg (Download) |
| 6 Apr | 02:58:*40* PM | Pike County Injustice Files |
| | | https://www.google.com/ (Keywords Unavailable) |
| 6 Apr | 02:59:*01* PM | Pike County Injustice Files |
| | | https://www.google.com/ (Keywords Unavailable) |
| 11 Apr | 03:15:*01* PM | Pike County Injustice Files |
| 11 Apr | 03:15:*51* PM | 3.bp.blogspot.com/-eOv_nFsFhUI/UZpYKNMDBLI/AAAAAAAAAg0/BpUajtYYYME/s1600/Petition+1 st+page.jpg (Download) |
| | | pikecountyinjusticefiles.blogspot.com/ |
| 11 Apr | 03:18:*43* PM | Pike County Injustice Files |
| | | https://www.google.com/ (Keywords Unavailable) |
| 11 Apr | 03:20:22 PM | Pike County Injustice Files |

🖥 **United States, Time Warner Cable   162.154.55.190**
**(0 returning visits)**
**Win10, Firefox 59.0, 1536x864**

| | | |
|---|---|---|
| | | (No referring link) |
| 10 Apr | 06:06:22 AM | Pike County Injustice Files |
| 10 Apr | 06:10:*42* AM | https://www.blogger.com/comment.g?blogID=35132156&postID=3303970736680517788 (Exit Link) |
| | | (No referring link) |
| 10 Apr | 06:10:*49* AM | Pike County Injustice Files |

🖥 **Frankfort, Kentucky, United States, Commonwealth Of Kentuckydepartment Of Information   205.204.248.88**
**(0 returning visits)**
**Win10, Chrome 65.0, 1366x768**

# EXHIBIT 3



🏠 Home   🔔 Notifications   ✉ Messages

Search Twitter   🔍

Tweets   Following   Followers   Likes   Lists   Moments
800    152        43         893    0     0

Edit profile

Alischler
@alsc

If not right just this same heart.
my day they and my lonely set

@aleschlersite
February 2009

Tweet activity
at.salched 4,693 Impressions
last 24 hours

17M

karen caldwell
@karencaldwellD   Follows you

Follow   ···

Kaia Solovo ✔
@KaiaSolovo   Follows you
Good Morning Kentucky Anchor / #826k
News

Follow   ···

Dr.Darrell Scott
@PastorDarrellS   Follows you
Pastor, New Spirit Revival Center CEO
NCED Natnl. Cntr. Natural Diversity
Coalition for Trump CEO Urban
Revitalization Coalition Presidential...

Follow   ···

ConnectsCenter
@Connecting_Center
Free ads & cheaps - Anunco Gratis con
tu cuenta de Twitter o desa tu tienda
on la blenda a plifica a te la delata pulova s

Follow   ···

Angel Fox __ #Reconnect...
@Christian-Spirit   Follows you
Investigative journalist. Christian.
Advocate for Truth *One of the best ways
to show a justice is to do it ourselves.*

Follow   ···

Aww
@AwwAutoAww   Follows you

Follow   ···

▶ follow

# EXHIBIT 4



**1 caldwell**
caldwell5 · follows you

ed October 2011

Message

| Tweets | Following | Followers | Likes |
|--------|-----------|-----------|-------|
| 5 | 50 | 18 | 16 |

to follow · Refresh · View all

**Shanda R Yews** @syshanda...    Follow

**Chris Fugate** @ChrisFugate...    Follow

**Miranda Steven** @Miranda...    Follow

**Karli Trost**
@KarliTrost    Follow

**Amy Mischler**
@petergregoroe
Neither am I, but right just me, love, trust,
my family, my country and my lovely cat
Meow Meow.

**Alison L. Grimes** ●
@alisonforky
Alison Lundergan Grimes is Kentucky's
Secretary of State.    Following

**Jeff Busick**
@BusickTweets    Follow

**Emma Nevels**
@EmmaNevelsxo
So yea I don't know what to put here. But
I can say I like Mimi MiMeS a lot so that's
something! 💕    Follow

**Blake Brickman**
@BlakeBrickman    Follow

# EXHIBIT 5

Do you want to see this page as the owner when you navigate to one of your projects?

▶ Filter    « Prev    1    2    3    4    5    ...    8    9    ...    13    14 (Last)    Next »

Us Courts (199.107.16.119)  [Label IP Address]    0 returning visits

Brooklyn, New York, United States

21 Dec    03:02:55 AM    www.google.com/ 🔒 (Encrypted Search) ℹ

Pike County Injustice Files

Suddenlink Communications (76.100.44.111)  [Label IP Address]    0 returning visits

# EXHIBIT 6

| Us Courts (206.18.112.126) | Label IP Address | 2 returning visits |

**Royal Oak, Michigan, United States**

| 9 Jul | 02:10:59 PM | www.google.com/url?sa=t&rct=j&q=&esrc=s&source=web&cd=1&ved=0CCQQFjAA&url=http%3A%2F%2Fpikecountyinjusticefiles.blogspot.com%2F&ei=LiLcUfiNpsCt4O9t0cCA8Q&usg=AFQjCNHram-2p9g5V |
| | | Pike County Injustice Files |
| 11 Jul | 04:12:59 PM | www.google.com/url?sa=t&rct=j&q=&esrc=s&source=web&cd=1&ved=0CCwQFjAA&url=http%3A%2F%2Fpikecountyinjusticefiles.blogspot.com%2F&ei=vRMUYJYJPVZ4AP-v4CIA8g&usg=AFQjCNHram-2p9g5 |
| | | Pike County Injustice Files |
| 11 Jul | 04:13:41 PM | 3.bp.blogspot.com/-oonooOZs_aU/UZz6hImVhK81/AAAAAAAAhd/mA_KTg9XuRd/s1600/Zack lawsuit first page.jpg **(Download)** |
| | | |
| 24 Sep | 02:03:31 PM | www.google.com/url?sa=t&rct=j&q=&esrc=s&source=web&cd=1&ved=0CCsQFjAA&url=http%3A%2F%2Fpikecountyinjusticefiles.blogspot.com%2F&ei=3INBUUGPJ5jr4AOomYGgCA&usg=AFQjCNHram-2p9g5 |
| | | Pike County Injustice Files |

# EXHIBIT 7

| 20 Jun 2013 | 04:45:46 PM | www.google.com — amy mischler 🟡 (#2)<br>Pike County Injustice Files |
| 20 Jun 2013 | 04:55:20 PM | www.google.com — amy mischler kentucky 🟡 (#1)<br>Pike County Injustice Files |
| 5 Jul 2013 | 03:10:52 PM | www.blogger.com/profile/03656066879546935893<br>Pike County Injustice Files |
| 8 Aug 2013 | 04:15:30 PM | https://www.google.com/ (Encrypted Search) 🔵<br>Pike County Injustice Files |
| 10 Dec 2013 | 12:10:55 PM | www.google.com/ (#16) (Encrypted Search) 🔵<br>Pike County Injustice Files |
| 10 Dec 2013 | 12:13:03 PM | pikecountyinjusticefiles.blogspot.com/<br>Pike County Injustice Files |
| 10 Dec 2013 | 12:13:42 PM | www.google.com/ (#16) (Encrypted Search) 🔵<br>Pike County Injustice Files |
| 10 Dec 2013 | 06:25:23 PM | https://www.google.com/ (Encrypted Search) 🔵<br>Pike County Injustice Files |
| 10 Dec 2013 | 06:25:33 PM | 4.bp.blogspot.com/-4EJS2gDMCxo/UZpeNv6G2mI/AAAAAAAAAhE/ctuN8TEPRNo/s1600/petition part two.jpg **(Download)**<br>Pike County Injustice Files |
| 10 Dec 2013 | 06:25:44 PM | 3.bp.blogspot.com/-eOv_nFsFhUI/UZpYKNMDBLI/AAAAAAAAAg0/BpUajtYYME/s1600/Petition 1st page.jpg **(Download)**<br>Pike County Injustice Files |
| 10 Dec 2013 | 06:27:41 PM | https://www.google.com/ (Encrypted Search) 🔵<br>Pike County Injustice Files |
| 10 Dec 2013 | 06:35:13 PM | truthiscrucial.blogspot.com/<br>Pike County Injustice Files |
| 10 Dec 2013 | 06:35:15 PM | pikecountyinjusticefiles.blogspot.com/2008/09/mischler-v-commonwealth-08-ci-1039_23.html<br>Pike County Injustice Files |
| 10 Jan | 12:50:51 PM | thebackwoodsdiva.wordpress.com/tag/child-custody/<br>Pike County Injustice Files |
| 10 Jan | 12:52:46 PM | thebackwoodsdiva.wordpress.com/tag/child-custody/<br>Pike County Injustice Files |

# EXHIBIT 8

**Road Runner (76.177.36.113)** [Label IP Address]   0 returning visits
Georgetown, Kentucky, United States

www.usjusticewatch.com/
29 Dec 2010   09:18:20 AM   President Obama petitioned for Whistleblowers give shocking testimony at I US Justice Watch#comments#comments#comments#comments#comments#comments#comments

---

**Duo_county_telephone_cooperative (66.23.67.10)** [Label IP Address]   0 returning visits
Russell Springs, Kentucky, United States

www.usjusticewatch.com/category/current-cases/
28 Dec 2010   09:29:14 PM   Continued: Miller Testimony about Police Confidential Informants Blackmailing Leon Grider I US Justice Watch

---

**Integrated Data Systems, Llc (208.117.193.116)** [Label IP Address]   0 returning visits
New Orleans, Louisiana, United States

www.google.com — jim iantanzio 🔵 (#5)
23 Dec 2010   09:28:28 PM   Kentucky Attorney General goes after Topix LLC I US Justice Watch

www.google.com — jim iantanzio
28 Dec 2010   09:25:45 PM   Kentucky Attorney General goes after Topix LLC I US Justice Watch

---

**Us Courts (208.27.111.125)** [Label IP Address]   0 returning visits
Cincinnati, Ohio, United States

www.usjusticewatch.com/category/james-fuller/
28 Dec 2010   03:25:20 PM   WAS BOBBY BUNCH MURDERED BECAUSE HE KNEW TOO MUCH? I US Justice Watch

---

**Comcast Cable (68.63.72.42)** [Label IP Address]   0 returning visits
Nashville, Tennessee, United States

www.google.com — bunch children murders 🔵 (#2)
28 Dec 2010   01:25:57 PM   WAS BOBBY BUNCH MURDERED BECAUSE HE KNEW TOO MUCH? I US Justice Watch

---

**Windstream Communications (71.29.177.52)** [Label IP Address]   0 returning visits
Lexington, Kentucky, United States

www.usjusticewatch.com/category/current-cases/
27 Dec 2010   08:26:02 PM   Is Larry Rogers fit to be a District Judge? I US Justice Watch

www.usjusticewatch.com/category/current-cases/
27 Dec 2010   08:26:16 PM   Are you on the Secret Child Abuser Database? I US Justice Watch

www.usjusticewatch.com/category/current-cases/
27 Dec 2010   08:28:31 PM   Continued: Miller Testimony about Police Confidential Informants Blackmailing Leon Grider I US Justice Watch

# EXHIBIT 9

**WATCHDOG**

# Four former Clay officials are sentenced to time served in election-fraud case

**By Jim Warren and Bill Estep - jwarren@herald-leader.com**

April 08, 2014 04:56 PM
Updated April 08, 2014 07:19 PM

Four former Clay County officials who pleaded guilty in a wide-ranging federal election-fraud case were sentenced to the time they've already spent in prison during a hearing Tuesday in U.S. District Court in Lexington.

Three of the defendants will be placed on home incarceration for 100 days, and all four will be on supervised release for two years and must complete 200 hours of public service, U.S. District Judge Karen Caldwell ruled.

The four are former Circuit Judge R. Cletus Maricle; former school superintendent Doug Adams; former county clerk Freddy W. Thompson, and William Stivers, a former county election officer.

The judge excoriated all four men in comments from the bench, describing their actions as "nothing short of despicable."

---

**Never miss a local story.**

Sign up today for a free 30 day free trial of unlimited digital access.

**SUBSCRIBE NOW**

---

Caldwell said they had abused their trust as public officials in a coordinated attempt to corrupt the democratic electoral process in Clay County.

All four men came from good families, held respected positions in the community and wielded


MEDICAID/MEDICARE RECIPIENTS
Get more benefits at **no extra cost.**
CALL NOW
UnitedHealthcare
Community Plan

Maricle, Adams and Stivers will go on immediate home incarceration for 100 days, under Caldwell's order.

None of the men will have to serve any more time in prison. The four already had served more than three years behind bars before a federal appeals court overturned their trial convictions last year. They later pleaded guilty.

Under federal guidelines, Maricle could have been sentenced to seven years and three months in jail; Adams six years and three months; Stivers six years; and Thompson five years and six months. Those terms would have included credit for time they'd already served.

Tuesday's sentencing climaxed FBI investigations that spanned years and ripped holes into Clay County's political establishment.

More than a dozen one-time officials and election officers, representing both political parties, ultimately pleaded guilty or were convicted of corruption, drug or vote-buying charges. Other prominent people were listed as unindicted co-conspirators.

The four former officials sentenced Tuesday were convicted with four other people who are scheduled to be sentenced later this month: former Magistrate Stanley Bowling; Charles Wayne Jones, who was a Democrat election commissioner; and Bart and Debra Morris, who operated a garbage-hauling business that had contracts with Manchester and Clay County

The eight were charged with conspiring to use the county election board as a tool to corrupt elections in 2002, 2004 and 2006 so they could hold on to power and enrich themselves and associates through jobs and contracts.

Participants in the scheme pooled hundreds of thousands of dollars to buy votes in one of the poorest counties in the nation.

**RELATED STORIES FROM LEXINGTON HERALD LEADER**



Four defendants in Clay County vote-buying case to plead guilty

Close Ad

MEDICAID/MEDICARE RECIPIENTS
Get more benefits at **no extra cost.**

CALL NOW      UnitedHealthcare®
Community Plan



### Five remaining defendants in Clay County vote-fraud case plead guilty



### More guilty pleas imminent in Clay County vote-buying case



### Judge rejects attempts to plead guilty in alleged Clay County vote-buying conspiracy



### Judge: 6 convicted in Clay County vote-buying plot must be released no later than Friday

In July, the 6th Circuit U.S. Circuit Court of Appeals threw out their convictions, citing errors during the trial.

All eight later pleaded guilty to racketeering under deals that provided for lower sentences than they received after the trial. For example, Maricle, 70, originally was sentenced to 26 years and eight months. Adams, 62, originally was sentenced to 24 years and five months.

Close Ad

**MEDICAID/MEDICARE RECIPIENTS**
Get more benefits at **no extra cost.**

CALL NOW     UnitedHealthcare
Community Plan

"I am not making any excuses. I am sorry," Adams said.

Miracle said he hoped for "a new beginning," promising that "what has been in the past will not be in the future."

Defense attorneys for the four urged Caldwell to be lenient and sentence their clients to time served, pointing out that the case had broken them financially and that other Eastern Kentucky officials convicted of buying votes had been sentenced to less prison time.

Assistant U.S. Attorney Jason Parman urged the court to take a stronger sentencing stance, arguing that the four tried to take away the voting rights of Clay County's residents. Their actions went beyond simple vote-buying, he asserted.

"If we don't stand for democracy," Parman said, "everything else this court does is pretty much meaningless."

**SUGGESTED FOR YOU**



Celebrities Who Disappeared After Bad Plastic Surgeries



The Messed Up Part of 'White Christmas' Everyone Just Ignores

Close Ad

MEDICAID/MEDICARE RECIPIENTS
Get more benefits at **no extra cost.**

CALL NOW    UnitedHealthcare
Community Plan

# EXHIBIT 10



# EXHIBIT 11



Christy Trout

Christy Trout | Timeline ▾ | Recent ▾

⬤ Message Seller

● Message   ▲ Add Friend

🕇 Amy   Home

◯ 26

8 Shares

Lacy Goodman Where you going to?  💬 2
Like · Reply · 31w

🖒 Like        ◯ Comment        ➔ Share

Christy Trout Lacy - we bought another house. Still in Lex
Like · Reply · 31w

Write a reply...        ☺ ◎ ☺ 🖼

Marc A. Guilfoil Does wine come with it?  💬 1
Like · Reply · 31w
↳ Christy Trout replied · 1 Reply

Craig Preece It will sell quickly!!!!  💬 1
Like · Reply · 31w

Christy Trout I pray that. It could be yours.  😊
Like · Reply · 31w

Write a reply...        ☺ ◎ ☺ 🖼

Friends · 5 Mutual Friends

Paige Scha... 10 new posts ●
Bill Marshall 2 new posts ●
Robert Sivers

Brett Gaspard 1 new post ●
Micah Sams 1 new post ●

Featured Albums

INSTANT GAMES
YOUR GAMES

Lisa Butler
Chris Ward
Beverly Tran
Tim Newton
Christopher Alan Mig...
Mary Turley-Renfro
Lala Fox
Bill Marshall
Martha Kittle Hall
Glen C Schulz
Margie Blackburn
Tony Taylor
Julie Peterson

Q Search

3:33 PM
2/24/2018

# EXHIBIT 12



**MATTHEW G. BEVIN**
GOVERNOR

**EXECUTIVE ORDER**

2015-059
December 30, 2015

By virtue of the authority vested in me by Sections 12:050 and 12.210

of the Kentucky Revised Statutes,

I, Matthew G. Bevin, Governor of the Commonwealth of Kentucky,

do hereby approve the appointment of **Eva Christine Trout**, Lexington,

Kentucky, as Chief of Staff, Office of the Secretary, Personnel Cabinet.

Please issue a Commission to her.

This Order is effective January 4, 2016.


MATTHEW G. BEVIN
Governor


ALISON LUNDERGAN GRIMES
Secretary of State

# EXHIBIT 13



**MATTHEW G. BEVIN**
GOVERNOR

**EXECUTIVE ORDER**

**Secretary of State**
Frankfort
Kentucky

2016-647
August 29, 2016

By virtue of the authority vested in me by Sections 12.050 and 12.210 of the Kentucky Revised Statutes, I, Matthew G. Bevin, Governor of the Commonwealth of Kentucky, do hereby approve the appointment of Eva Christine Trout as Special Assistant, Department of Alcoholic Beverage Control, Public Protection Cabinet.

This Order is effective September 1, 2016.


MATTHEW G. BEVIN
Governor


ALISON LUNDERGAN GRIMES
Secretary of State

# EXHIBIT 14



**MATTHEW G. BEVIN**
GOVERNOR

**EXECUTIVE ORDER**

**Secretary of State**
Frankfort
Kentucky

2016-708
September 21, 2016

By virtue of the authority vested in me by Section 12.040 of the

Kentucky Revised Statutes, I, Matthew G. Bevin, Governor of the

Commonwealth of Kentucky, do hereby approve the appointment of **Eva**

**Christine Trout** as Commissioner, Department of Alcoholic Beverage

Control, Public Protection Cabinet.

This Order is effective October 1, 2016.

Please issue a Commission to her.

MATTHEW G. BEVIN
Governor

ALISON LUNDERGAN GRIMES
Secretary of State

# EXHIBIT 15

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**

**FILED**
**April 24, 2017**

**GENERAL ORDER NO. 17-1**

**CASE ASSIGNMENT AND RECUSAL ORDER**

\*\*\*  \*\*\*  \*\*\*  \*\*\*

Effective immediately, **IT IS HEREBY ORDERED** that all newly-filed cases shall be assigned as follows:

1.    **Lexington civil (except social security, petitions for writ of habeas corpus pursuant to 28 U.S.C. §2254 and death penalty) and criminal cases** are randomly and equally assigned to Chief Judge Karen K. Caldwell, Judge Danny C. Reeves, and Judge Joseph M. Hood.

      a.    Should the assigned Judge recuse in a civil case, it is to be assigned by random draw to another Judge assigned to accept a civil case on the Lexington docket.

      b.    Should the assigned Judge recuse in a criminal case, it is to be assigned by random draw to another Judge assigned to accept a criminal case on the Lexington docket.

2.    **Frankfort civil cases (except social security, petitions for writ of habeas corpus pursuant to 28 U.S.C. §2254 and death penalty) and criminal cases** are assigned to Judge Gregory F. Van Tatenhove.

      a.    Should Judge Van Tatenhove recuse in a civil case, it is to be assigned to Judge William O. Bertelsman; and if Judge Bertelsman should recuse, the case is to be assigned to Judge Caldwell.

      b.    Should Judge Van Tatenhove recuse in a criminal case, it is to be assigned to Judge Caldwell; and if Chief Judge Caldwell should recuse, the case is to be assigned to Judge Reeves.

3.    **Covington civil cases (except social security, petitions for writ of habeas corpus pursuant to 28 U.S.C. §2254 and death penalty)** are assigned to Judge David L. Bunning (40%) and Judge William O. Bertelsman (60%).  **Covington criminal cases** are assigned to Judge Bunning (100%).

      a.    Should Judge Bunning recuse in a civil case, it is to be assigned to Judge Bertelsman; and if Judge Bertelsman should recuse, the case is to be assigned to Judge Reeves.

including senior judges, with the exception of Judge Amul Thapar and Judge William O. Bertelsman.

8.     **Death Penalty cases** are to be assigned as delineated in General Order 17-2, which is incorporated herein by reference.

9.     **All petitions for writ of habeas corpus pursuant to 28 U.S.C. §2254,** regardless of the docket on which they are filed, will be assigned under a separate rotating draw from the pool of all district judges, including senior judges, with the exception of Judge Amul Thapar.

10.     All judges are authorized to reassign their cases to another willing judge.

11.     In the event all the judges listed for a docket should recuse, the matter shall be referred to Chief Judge Caldwell for reassignment.

12.     In the event all the judges in the district should recuse, the matter shall be referred to the Chief Judge of the United States Court of Appeals for the Sixth Circuit, for reassignment.

13.     This Order supersedes General Order 16-5.

Dated April 24, 2017.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY

# EXHIBIT 16

# Select A Person

### There were 9 matching people.

| | |
|---|---|
| Bevin, Matt | (pty) [defendant] |
| Bevin, Matt | (pty) [official defendant] |
| Bevin, Matt | (pty) [respondent] |
| Bevin, Matt G. | (pty) [defendant] |
| Bevin, Matthew | (pty) [official defendant] |
| Bevin, Matthew G. | (pty) [thirdparty defendant] |
| Bevin, Matthew G. | (pty) [official defendant] |
| Bevin, Matthew G. | (pty) [plaintiff] |
| Bevin, Matthew Griswold | (pty) [official defendant] |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 04/13/2018 11:12:32 | | | |
| **PACER Login:** | | **Client Code:** | |
| **Description:** | Search | **Search Criteria:** | Last Name: Bevin First Name: Matt |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

# EXHIBIT 17



Re: 7:13-cv-8
A Mischler
to:
Sharon_K_Vrolijk
04/13/2018 02:49 PM
Hide Details

History: This message has been forwarded.

Dear Ms. Vrolijk;

This email is for Chief Judge Karen Caldwell and is an emergency ex parte communication.

I am writing this only to give Chief Judge Caldwell the opportunity to protect the public trust in the Eastern District of Kentucky Federal Courts so I don't have to make a public record at the Sixth Circuit Court of appeals of the following unethical and possibly criminal conduct.

Going through the record in 17-cv-66 [EDKY] I discovered that Matt Bevin never filed an answer or a motion to dismiss or a motion for an extension of time to file an answer. Bevin's due date for an answer was 11/14/17.

It was unlawful for Judge Van Tatenhove to dismiss Matt Bevin from the lawsuit and order sanctions against me when Matt Bevin was in default judgment status.

Given that Judge Van Tatenhove's paramour Christine Trout works for Matt Bevin, and his son, Cooper Van Tatenhove holds out he is also employed by Matt Bevin; this is a very serious issue that any reasonable person would conclude that Judge Van Tatenhove was biased and discriminatory against me to benefit Matt Bevin.

Some would say that Trout's employment was a type of bribe as was alleged in the RICO state Judge Cletus Maricle case.

Here is what I expect to ameliorate the harm that Judge Van Tatenhove has caused me in 17-cv-66 by not disclosing his conflict of interest, and issuing illegal orders.

*To be done today* so I don't have to go notice the Sixth Circuit tomorrow about this causing an additional public record harming the courts reputation.

1) All orders in 17-cv-66 to be vacated as they are tainted by the conflict of interest. You don't have to put in the order about the conflict of interest.

2) A sua spontae entry of default judgment against Matt Bevin as is my legal right where he never responded according to the docket. Also sua spontae entry of default judgment against Emily Gray Jones, Shereena Hamilton Spurlock, Zack Ousley and Deborah Webb. They were given an additional 45 days until Feb. 18, plus two for holiday making it February 20 to file an answer. They filed an untimely motion to dismiss on Feb. 23. Again, this shows Judge Van Tatenhove acting on his conflict of intrest. They had the same attorney as Matt Bevin

3) An order to all other parties to mediate with me and that if no settlement is reached in 90 days that the case will restart allowing me to amend my complaint and starting the clock over.

4) That Bevin, Jones, Hamilton-Spurlock, Ousley and Webb are commanded to respond to my discovery requests as it will affect other defendants and will assist the success of the mediation process.

5) All sanctions are lifted from me and I am allowed to file without leave of the court.

Did you know that Matt Bevin has a 100% success rate in Judge Van Tatenhove's court in all cases originally filed after Bevin was elected?

This information of these other cases will also be presented to the Sixth Circuit as they support my position. I have printed off a copy of the docket for my records.

I am giving Chief Judge Caudill the opportunity to protect the reputation of the Eastern District of Kentucky and I will place this email in the pleading to the Sixth Circuit to let them know I gave you the chance to clean up this awful mess in your district without involving the Sixth.

Please do not be angry at me. I didn't make this mess. Judge Van Tatenhove made this mess. Be angry at him.

Respectfully yours,
Amy Mischler

On Thursday, January 7, 2016, 11:32:03 AM E████████████████████████

Ms. Mischler,

The emergency motion has been entered in the record. We will modify the docket entry and make a Clerk's note on the docket when we receive the original in the mail.

Thank you.

Sharon Vrolijk, District Operations Manager
United States District Court
Eastern District of Kentucky
859-514-2212

████████████████████████

Date:   01/07/2018 11:23 AM
Subject:   Fw: Delivery Status Notification (Failure)